

# Fourth Court of Appeals
## San Antonio, Texas

August 19, 2015

No. 04-15-00425-CV

**IN THE INTEREST OF D.M.,** et al children,

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-02128
Honorable Laura Salinas, Judge Presiding

# O R D E R

This is an accelerated appeal of the trial court's July 30, 2015 order in a suit affecting the parent-child relationship and order of termination. A supplemental clerk's record containing the final order of termination was filed with this Court on August 14, 2015. Appellant Ayda Masterson has moved for a 45-day extension of time to file her appellant's brief. Appellant Crystal Masterson has moved for a 20-day extension of time to file her appellant's brief.

Appellant Ayda Masterson's motion is GRANTED IN PART and DENIED IN PART. Ayda Masterson's brief must be filed with this court by September 9, 2015. *See* TEX. R. APP. P. 38.6(a); TEX. R. JUD. ADMIN. 6.2 (directing courts of appeals to dispose of SAPCR suits "[w]ithin 180 days of the date the notice of appeal is filed").

Appellant Crystal Masterson's motion is GRANTED. Ayda Masterson's brief must be filed with this court by September 9, 2015. *See* TEX. R. APP. P. 38.6(a); TEX. R. JUD. ADMIN. 6.2 (directing courts of appeals to dispose of SAPCR suits "[w]ithin 180 days of the date the notice of appeal is filed").

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of August, 2015.

Keith E. Hottle
Clerk of Court